MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Michael & Tina Brown**                    Chapter 7 Case No. **07-32857**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Chase Bank<br>PO Box 19249, Sugar Land TX 77496 | 2 | $494.78 | $3.19 |
| AAA Collections Midwest<br>PO Box 828 Sioux Falls, SD 57101 | 3 | $141.92 | .91 |
| Alliant Energy<br>PO Box 77004 Madison, WI 53707 | 5 | $91.83 | .59 |
| Capital Management Services Inc.<br>726 Exchange St. Suite 700 Buffalo, NY 14210 | 9 | $63.27 | .40 |
| Weitman, Weinberg & Ries LPA<br>175 South 3rd Street Columbus, OH 43215 | 17 | $652.29 | $4.19 |

Dated:  September 27, 2010

*/s/ Paul Bucher*

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111